```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/18/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          -against-

Karrem Nasr,

                            Defendant.

24 Cr. 19 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      An initial conference in this matter shall be scheduled for **January 30, 2024**, at **1:30 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: January 18, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge