

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 9, 2024

**BY ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *United States v. Karrem Nasr,* **23 Cr. 19 (AT)**

Dear Judge Torres,

    The Government writes to request until April 23, 2024, to respond to the defendant's bail application. (Dkt. No. 17). Defense counsel consents to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

  by:    <u>Camille L. Fletcher</u>
        Camille L. Fletcher
        Kimberly J. Ravener
        Assistant United States Attorneys
        Southern District of New York
        (212) 637-2383 / 2358

Cc: Counsel of Record (by ECF)