

**U.S. Depart**

*United States*
*Southern Dis*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/10/2024

*The Jacob K. Javits*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 9, 2024

**BY ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: *United States v. Karrem Nasr,* **23 Cr. 19 (AT)**

Dear Judge Torres,

     The Government writes to request until April 23, 2024, to respond to the defendant's bail application. (Dkt. No. 17). Defense counsel consents to this request.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

          by:   Camille L. Fletcher
               Camille L. Fletcher
               Kimberly J. Ravener
               Assistant United States Attorneys
               Southern District of New York
               (212) 637-2383 / 2358

Cc: Counsel of Record (by ECF)

GRANTED.

SO ORDERED.

Dated: April 10, 2024
       New York, New York

                             **ANALISA TORRES**
                        **United States District Judge**