```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/24/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

Karrem Nasr,

                      Defendant.

24 Cr. 19 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Clerk of Court is directed to strike the document at ECF No. 20 from the docket.

SO ORDERED.

Dated: April 24, 2024
       New York, New York

ANALISA TORRES
United States District Judge