UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

Karrem Nasr,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  05/15/2024

24 Cr. 19 (AT)

**ORDER**

ANALISA TORRES, District Judge:

If the Government intends to file a CIPA Section 4 motion, it shall do so by **August 30, 2024**.

SO ORDERED.

Dated: May 15, 2024
        New York, New York

_____
ANALISA TORRES
United States District Judge