UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

Karrem Nasr,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/12/2024

24 Cr. 19 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    At the April 30, 2024 status conference, the parties discussed engaging in both CIPA and non-CIPA motion practice as well as negotiations concerning a potential pretrial disposition. On May 15, 2024, the Court ordered the Government to file its CIPA Section 4 motion by August 30, 2024, should it intend to file such a motion. ECF No. 23. And today, the Court so-ordered the Government's proposed CIPA protective order. ECF No. 30.

    Accordingly, by **August 1, 2024**, the parties shall file a joint letter informing the Court of the status of CIPA and non-CIPA discovery, and any discussions concerning a pretrial disposition of this matter.

    SO ORDERED.

Dated: July 12, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge