```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/17/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

Karrem Nasr,

                            Defendant.

24 Cr. 19 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated November 5, 2024, the Court directed the parties to file a joint status update by December 16, 2024. That submission is now overdue. Accordingly, by **December 19, 2024**, the parties shall file a joint status update regarding a possible pretrial disposition.

    SO ORDERED.

Dated: December 17, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge