```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/7/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

Karrem Nasr,

                      Defendant.

24 Cr. 19 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The *ex parte* CIPA Section 2 Conference scheduled for January 13, 2025, is ADJOURNED to **January 21, 2025**, at **3:00 p.m.**

    SO ORDERED.

Dated: January 7, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge