**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 15, 2025

<u>Via ECF</u>

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Karrem Nasr</u>
            24 Cr. 19 (AT)

Dear Judge Torres,

    We write with the consent of the government to respectfully request that the Court adjourn *sine die* (or at least through the currently scheduled change of plea hearing on January 27, 2025) the dates for pretrial motions and disclosures that the parties proposed and the Court so-ordered in docket entry 38. Should, for any reason, Mr. Nasr not change his plea at the January 27 conference, the parties will confer and propose next steps to the Court at that time.

                        Respectfully submitted,

                        /s/

                        Neil P. Kelly
                        Andrew J. Dalack
                        Assistant Federal Defenders
                        (212) 417-8744 / 8768

cc:    Counsel of record