UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

Karrem Nasr,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2025

24 Cr. 19 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The *ex parte* CIPA Section 2 Conference scheduled for January 21, 2025, is ADJOURNED *sine die*. The Court shall hold a CIPA conference on **February 3, 2025**, at **11:00 a.m.** Counsel for both parties may attend.

    SO ORDERED.

Dated: January 16, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge