UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  1/23/2025 |

UNITED STATES OF AMERICA

-against-

24 Cr. 19 (AT)

Karrem Nasr,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

The defense has provided notice to the Government pursuant to Section 5 of the Classified Information Procedures Act, 18 U.S.C. app. 3 § 5, of certain classified information which the defense seeks to disclose in connection with this proceeding.

Accordingly, by **January 28, 2025**, the Government shall file a letter brief indicating:

1. whether the Government "certifies . . . that a public proceeding may result in the disclosure of classified information," *id.* § 6(a);
2. whether the Government objects to the use of the evidence on relevance or other admissibility grounds and, if so, the specific grounds for the Government's objection(s), *see id.*; and
3. if the Court were to authorize the disclosure of the information, whether the Government would move the Court to order that the information be substituted and, if so, what means of substitution the Government would propose, *see id.* § 6(c).

By **January 30, 2025**, the defense shall respond via a letter brief.

SO ORDERED.

Dated: January 23, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge