

U.S. Department

United States A
Southern Distri

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/4/2025____

*The Jacob K. Javits Fe*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 3, 2025

**BY ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re: *United States v. Karrem Nasr,* 24 Cr. 19 (AT)**

Dear Judge Torres,

    We write on behalf of both the Government and the defense to provide the Court with an update regarding the parties' discussions of CIPA-related issues triggered by the defense's CIPA 5 notice. The parties have conferred but need additional time to conclude their discussions. On or about tomorrow, February 4, 2025, defense counsel is expected to identify the specific facts they wish to prove using the classified materials they previously noticed. Thereafter, the Government will need additional time to formulate its position with respect to the use of the particular classified materials or portions of classified materials at issue. Accordingly, the parties request that they be permitted to provide the Court, on March 5, 2025, with an additional status update regarding their discussions of these issues.

        Respectfully submitted,

        DANIELLE R. SASSOON
        United States Attorney

    by:    <u>Camille L. Fletcher</u>
          Camille L. Fletcher
          Kimberly J. Ravener
          Assistant United States Attorneys

GRANTED.

SO ORDERED.

Dated: February 4, 2025
       New York, New York

                            _____
                            ANALISA TORRES
                            United States District Judge