U.S. Department

United States
Southern Dist

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/16/2025__

*The Jacob K. Javits F*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 13, 2025

**BY ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *United States v. Karrem Nasr,* **24 Cr. 19 (AT)**

Dear Judge Torres,

    The Government writes to request a one-week extension of its June 16, 2025 sentencing submission deadline. Extending the Government's deadline to June 23, 2025, would allow the Government sufficient time to properly respond to the defendant's 111-page sentencing submission (and supplemental classified sentencing submission), which the Government received on Monday of this week. The parties wish to leave the sentencing proceeding as scheduled on June 30, 2025 at 10 a.m. The defense consents to this request.

                               Respectfully submitted,

                               JAY CLAYTON
                               United States Attorney

          by:     _Camille L. Fletcher_____
                  Camille L. Fletcher
                  Kimberly J. Ravener
                  Stephen J. Ritchin
                  Assistant United States Attorneys
                  Southern District of New York
                  (212) 637-2383 / 2358 / 2503

GRANTED.

SO ORDERED.

Dated: June 16, 2025
      New York, New York

                               _____
                               ANALISA TORRES
                               United States District Judge