# Government Exhibit A

X (Formery Twitter) page, user ID "@ghareebalhejazy" and display name "Egyptian Muslim" assessed to be used by Karrem NASR.



The following photos are posts (tweets, re-tweets, and comments) by the user "@ghareebalhejazy."















USAO_000429





USAO_000430







USAO_000431



The following photos are posts liked by twitter user "@ghareebalhejazy."













USAO_000433









USAO_000434









USAO_000435



USAO_000436