# Government Exhibit C
# (Filed Under Seal)