```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

KARREM NASR,
   a/k/a "Ghareeb Al-Muhajir,"

                          Defendant.

24 Cr. 19 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing currently scheduled for June 30, 2025, is converted to a status conference in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      The parties shall appear at the conference prepared to discuss Defendant, Karrem Nasr's, post-release plans. A licensed clinical social worker or other similarly credentialed member of the Federal Defenders' Client & Mitigation Services unit shall be present.

      SO ORDERED.

Dated: June 24, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge