**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 21, 2025

**Via ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** **United States v. Karrem Nasr**
**24 Cr. 19 (AT)**

Dear Judge Torres,

We write pursuant to the Court's order at the June 30, 2025 conference to provide additional information regarding the post-incarceration reentry plan for Karrem Nasr, which was submitted with the defense's sentencing submission. *See* Doc. 63-11.

**I.     Educational Planning**

      A.     *Karrem's Plan To Earn His Associate's Degree*

As noted in the defense's sentencing submission and reentry plan, one of Karrem's first steps towards reintegration in the community when he returns home from his incarceration will be to resume his studies at Mercer County Community College. Karrem has already accrued 53 (or 57) credits and is approximately seven credits away from earning his associate's degree. *See* Ex. A, Mercer County Community College Transcript.[1]

With respect to the Court's question about time or age limits, Mercer County Community College requires all credits to be earned within a 10-year window to qualify for graduation.[2] Accordingly, Karrem would need to complete his remaining classes by the spring 2028 semester for his previously earned credits to count towards his associate's degree. *See* Ex. A.

---

[1]  Karrem will need to confirm with Mercer Community College if his last semester credits will be applied towards his degree. *See generally* Mercer County Community College, "Academic Policies, Granting of Associate Degrees," https://www.mccc.edu/academic_policies_degree.shtml.

[2]  *Id.*

**United States v. Karrem Nasr**
**24 Cr. 19 (AT)**

At the current rates per credit for Mercer County residents, it would cost approximately $1,660.75 in tuition for Karrem to earn the remaining seven credits he needs to complete his associate's degree.[3] Karrem previously qualified for and received both federal (Pell Grants) and state (New Jersey Tuition Aid Grant) financial aid awards, which paid for the majority of the costs of his college program. *See* Ex. B, Mercer County Community College Registration Statement. The deadline to submit the Free Application for Federal Student Aid (FAFSA) to be considered for New Jersey state financial aid programs is April 1 of each year.[4] Our office would be available to help Karrem complete this application, if necessary. Karrem's non-controlled substance felony conviction is not a categorical bar on receiving financial aid, and the U.S. Department of Education encourages applicants to submit FAFSA forms before their release from incarceration to facilitate the processing of aid requests in advance of enrollment in college.[5] Karrem also has an outstanding balance at Mercer to be settled before he reenrolls.

Registration for the Fall Semester opens in April and registration for the Spring Semester opens in October each year, with Summer Session classes posted during the Spring Semester.[6]

Upon his return to the community, given his limited assets and the need to reside in Mercer County to qualify for the reduced tuition and fees at Mercer County Community College, Karrem will reside at his mother's home. This will facilitate Karrem's in-person attendance at Mercer County Community College classes. The campus is a less than 10-minute drive, less than 15-minute bike ride, less than an hour's walk, or an hour's public bus ride from his family home. Karrem's immediate family members have confirmed that they can also drop Karrem off and pick him up from campus before and after his classes, as needed. To increase his socialization and reduce his isolation, Karrem is amenable to taking his remaining Mercer classes in-person.[7]

B.   *Karrem's Plan To Earn His Bachelor's Degree*

Upon Karrem's completion of his associate's degree, he intends to apply for admission to Rutgers University.[8] Given Karrem's solid grade point average (currently above 3.1), should he

---

[3]  Mercer County Community College, "Tuition and Fees," https://www.mccc.edu/admissions_tuition.shtml.

[4]  Mercer County Community College, "Financial Aid," https://www.mccc.edu/admissions_financial.shtml.

[5]  U.S. Dep't of Educ., "Eligibility for Students with Criminal Convictions," https://studentaid.gov/understand-aid/eligibility/requirements/criminal-convictions; U.S. Dep't of Educ., "Exiting Incarceration," https://studentaid.gov/understand-aid/eligibility/requirements/criminal-convictions/exiting-incarceration.

[6]  Mercer County Community College, "Registration," https://www.mccc.edu/enroll.shtml.

[7]  Should Karrem serve a period of home incarceration or detention at the conclusion of his carceral sentence, he could complete these classes online as well.

[8]  Although Karrem would qualify for automatic admission to several other universities upon graduation from Mercer County Community College, it appears he is not eligible for Rutgers' guaranteed transfer admission program, though further conversation with both

**United States v. Karrem Nasr**
**24 Cr. 19 (AT)**

pass his remaining classes at Mercer with good grades, he would likely qualify for admission to Rutgers. Our office can help Karrem complete financial aid or admissions applications, as necessary. Karrem has expressed an interest in pursuing a degree in business or information technology (to help him one day run his own independent business) or history (a field for which he has a natural affinity).

The Rutgers Center for Adult Autism Services (RCASS) is a multidisciplinary center dedicated to serving adults on the autism spectrum.[9] RCASS provides a range of services for which Karrem would be eligible, depending on his acceptance, courseload, and other obligations.

The College Support Program (CSP) is a two-tier program with selection determined by individual student needs.[10] All students in CSP participate in 90-minute weekly evidence-based group sessions focused on developing skills and strategies, and supporting interventions designed for neurodivergent college students. These sessions cover psychoeducation/knowledge about ADHD and ASD, executive functioning skills and strategies, and adaptive thinking and cognitive strategies. All participants also have access to monthly social events coordinated by the program.

Students in Tier 1 also receive individual coaching sessions for 30 minutes each week during which their dedicated coaches help students prioritize and implement the skills and strategies learned during group sessions, by setting realistic short-term goals and outlining steps to accomplishing them. Coaches help monitor progress and help motivate student participants. This tier costs $2,000 per academic year, which financial aid and grants can help defray.

Students in Tier 2 receive 60 minutes of individual coaching each week. They also participate in mental health monitoring to identify concerns and offer interventions, as necessary. Tier 2 participants receive individual academic coaching for 45–60 minutes a week. In addition, students in Tier 2 meet weekly with their CSP Coordinator to review all aspects of their college experience to troubleshoot any emerging issues. Tier 2 students are also offered weekly peer mentorship sessions with trained neurotypical undergraduates who engage with CSP students, staff, and other participants regularly. This tier costs $7,000 per academic year.

If Karrem enrolls at Rutgers and in the CSP, he could consider residing in on-campus housing after a suitable period and after assessing the costs of such housing. Although it is too early for Karrem to commit to living on-campus, he is amenable to considering it should the financial burden not be too onerous and the housing situation be generally agreeable to him. To the Court's question of why residing on the Rutgers campus would be more successful than Karrem's abortive attempt at living on campus at Rowan University, we believe that Karrem's more advanced age (he is now six years older than when he was a freshman at Rowan), the forced maturation he has undergone as a result of this case, and, most particularly, the specially

---

institutions is necessary. *See* Mercer County Community College, "Dual Admission Programs," https://www.mccc.edu/student_services_transfer_dual.shtml.

[9] Rutgers University, "RCAAS Overview," https://rcaas.rutgers.edu/about/overview.

[10] Rutgers University, "College Support Program (CSP) – Program Overview," https://rcaas.rutgers.edu/CSP/college-support-program-csp-program-overview.

**United States v. Karrem Nasr**
**24 Cr. 19 (AT)**

designed and supported program that is managed and overseen by the CSP, are significant changes that would make any on-campus living situation much more supportive and successful.

If Karrem does not reside on campus, he can commute to Rutgers for classes and other services. The New Brunswick campus is less than a 45-minute drive from his family's home and, if he is released on the timeline requested by the defense, he would be able to attend at the same time as his younger sister, who can drive him to and from campus.

As noted, if Karrem does not pursue a bachelor's degree at Rutgers, he would likely qualify for guaranteed transfer admission to several different universities, including Rider University and others within commuting distances of his home.[11]

## II.    Vocational and Employment Planning

Were Karrem not to enroll in a bachelor's degree program at Rutgers, he would still be eligible for social, vocational, and other inclusion services through RCAAS. Specifically, the Supporting Community Access through Leisure and Employment (SCALE) program is a life-long, year-round program that provides adults aged 21 and older with a primary diagnosis of ASD with support in community-based settings.[12] These include behavioral therapy, career planning, community inclusion services, individual support services, prevocational training, and supported employment. SCALE program participants work up to five days a week in a variety of part-time or full-time jobs on the Rutgers New Brunswick campus and in surrounding areas (e.g., Rutgers divisions like University Operations, Libraries, Conference Center, Athletics, and Recreation). The application window for SCALE is only open for a two-week period each year, generally in mid-summer.[13] Our office can help Karrem prepare this application.

Karrem meets the diagnostic criteria for participation in SCALE, so would be eligible to enroll (if accepted) upon his approval to receive services from the New Jersey Division of Developmental Disabilities (DDD). This latter application is also one that our office can help Karrem complete.[14] Because Karrem is Medicaid-eligible, a New Jersey resident, and has a qualifying condition, he would be entitled to services through the DDD Supports Program.[15]

Should Karrem not participate in the SCALE program, he would still be eligible for vocational services through the DDD and New Jersey Division of Vocational Rehabilitation

---

[11]   *See supra* n.8.

[12]   Rutgers University, "Supporting Community Access through Leisure and Employment (SCALE)," https://rcaas.rutgers.edu/SCALE/.

[13]   Rutgers University, "Frequently Asked Questions," https://rcaas.rutgers.edu/SCALE/FAQ.

[14]   N.J. Dep't of Human Servs., "Division of Developmental Disabilities," https://www.nj.gov/humanservices/ddd/individuals/applyservices/

[15]   N.J. Division of Developmental Disabilities, "A Quick Guide for Families," at 3, https://www.nj.gov/humanservices/ddd/assets/documents/quick-guide-for-families-english.pdf.

**United States v. Karrem Nasr**
**24 Cr. 19 (AT)**

Services (DVRS). DVRS offers no and low-cost services including vocational training and job placement.[16] With respect to vocational skills and future employment, Karrem has expressed an interest in pursuing training and certification in information technology (IT), which would allow him to work either as an outside contractor for or employee of companies in need of technical support.[17] Training for such programs are frequently offered through the DVRS. Financial aid and/or Medicaid funds can be used to defray the costs of such training.

Finally, as described in our previous submission, Autism New Jersey is a clearinghouse of service providers for individuals with ASD, including vocational training, job placement, benefits management, and housing.[18] Because Karrem is Medicaid-eligible, he qualifies for a range of services upon his return to the community. More specific information regarding the non-educational social services Karrem would participate in, how frequently, where, and for how long depends on several variables, including when he returns to the community, if and how often he is attending classes, how frequently his mental health services are offered, and what, if any, other obligations he must satisfy for the Probation Department.

### III.    Therapeutic Services

If Karrem participates in the Rutgers CSP, he will have access to the program's Psychological Services Clinic (PSC), which provides evidence-based assessment and treatment services for neurodivergent adults with ASD, ADHD, and related conditions.[19] All services offered through the clinic are supervised by a licensed clinical psychologist with specialized expertise in working with neurodivergent individuals. The PSC offers individual psychotherapy, group treatment, and referral assessments for specialized treatment.

More immediately, upon his return to the community, Karrem can receive psychiatric and psychological treatment through private mental health service providers that accept his mother's insurance (until Karrem is 26 years old) and/or Medicaid (for which Karrem is eligible). This includes ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.[20] This clinic has informed the undersigned that it generally takes two weeks to complete an intake assessment at the clinic, after which treatment modalities are determined with the appropriate clinician. Because cultural sensitivities and specialization in treating individuals with ASD are important for Karrem's treatment plan, our office (working with Dr. Barber) has already started identifying individual treatment providers who might present the best individual fit for Karrem. Although we have not been able to initiate the intake process with any of these

---

[16]    N.J. Division of Vocational Rehabilitation Servs., "Individuals with Disabilities," https://www.nj.gov/labor/career-services/special-services/individuals-with-disabilities/.

[17]    Karrem understands that the odds for successful employment in this field are improved with a bachelor's degree.

[18]    Autism New Jersey, "All Services," https://www.navigateresources.net/anj/Search.aspx?allservices.

[19]    Rutgers Univ., "Psychological Services Clinic (PSC)," https://rcaas.rutgers.edu/PSC.

[20]    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**United States v. Karrem Nasr**
**24 Cr. 19 (AT)**

providers given the uncertainty of Karrem's release date, we have been encouraged that a number of providers appear both well-suited to Karrem's needs and accept his current insurance.

Karrem would also be entitled to mental health services through the Probation Department in the District of New Jersey while he is on supervised release. However, given that most Probation-contracted mental health services providers focus almost exclusively on individuals with dual mental health and substance abuse disorders, Karrem will likely not find an appropriate mental health services provider through the Probation Department. Our office intends to connect Karrem with more appropriate treatment providers closer to his release.



.

### IV.   Religious Involvement

When he returns to his community, Karrem hopes to rejoin the community at the Islamic center where his family has attended religious services and community events for years.

\*   \*   \*

We hope this information sufficiently addresses the Court's questions, but we stand ready to provide additional information, if necessary.

                    Respectfully submitted,

                    /s/

                    Neil P. Kelly
                    Andrew J. Dalack
                    Assistant Federal Defenders
                    (212) 417-8744 / 8768

                    Angel Bosques Jr., MA, LCSW

cc:   Counsel of record