UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

    -against-

KARREM NASR,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/3/2025_

24 Cr. 19 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for September 8, 2025, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: September 3, 2025
       New York, New York

ANALISA TORRES
United States District Judge